IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DONALD H.AULISIO,

    Plaintiff,

v.                                     CASE NO. 1:04-cv-00101-MP-AK

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendations of the Magistrate Judge, recommending that the Commissioner's decision to deny Plaintiff benefits be affirmed. The Magistrate Judge filed the Report and Recommendation on Thursday, October 27, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner denying benefits is affirmed.

    3.    Plaintiff's complaint, Doc. 1, is dismissed.

    **DONE AND ORDERED** this   *29th* day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge